**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ERIC JARRARD | ) | |
| | ) | Civil Action No.:   3:21-cv-586-CHB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC, | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| LVNV FUNDING, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SETTLEMENT**

Please take notice that Plaintiff Eric Jarrard has resolved his claims against Defendant LVNV Funding, LLC ("LVNV") in this lawsuit. Plaintiff and LVNV anticipate filing a Joint Stipulation of Dismissal with Prejudice or a Rule 21 Motion to Drop Party within thirty to forty-five days. This Notice does not affect Plaintiff's claims against any other defendants in this action. November 18, 2021.

Respectfully submitted,

/s/ Joseph N. Tucker
Joseph N. Tucker, Esq.
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
502-540-2300 – phone
502-585-2207 – fax
joseph.tucker@dinsmore.com
*Counsel for LVNV Funding, LLC*

2

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing via the CM/ECF System, which will automatically send notification of such filing and service of said documents to all parties through their counsel of record.

/s/ *Joseph N. Tucker*
Joseph N. Tucker