UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIC JARRARD, )
)
    Plaintiff, )    Civil Action No. 3:21-CV-586-CHB
)
v. )
)    **ORDER OF DISMISSAL OF**
TRANS UNION, LLC, et al., )    **DEFENDANT LVNV FUNDING, LLC,**
)    **WITHOUT PREJUDICE**
    Defendants. )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court having been advised by Defendant LVNV Funding, LLC ("LVNV"), that settlement has been reached as to Plaintiff Eric Jarrard's ("Plaintiff") claims against LVNV [R. 16],

**IT IS HEREBY ORDERED** as follows:

1.    Plaintiff's claims in this action against LVNV are **DISMISSED WITHOUT PREJUDICE**.

2.    Plaintiff and LVNV **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against LVNV, with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to return LVNV as a pending Defendant in this action upon application to this Court.

This the 22nd day of November, 2021.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:    Counsel of Record