## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| ERIC JARRARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-000586-CHB |
| | ) |
| LVNV, LLC ET AL | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF SETTLEMENT**

Please take notice that Plaintiff has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

*/s/Christopher T. Kurtz*
CHRISTOPHER T. KURTZ, Attorney
608 Baxter Avenue
Louisville, KY 40204
Phone (502) 749-3600
Fax (502) 749-3766
Email chris@ckurtzlaw.com
Attorney for Plaintiff