UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ERIC JARRARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:21-CV-586-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL OF** |
| TRANS UNION, LLC, et al., | ) | **DEFENDANT EQUIFAX** |
| | ) | **INFORMATION SERVICES, LLC,** |
| Defendants. | ) | **WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Equifax Information Services, LLC, having not filed an answer or otherwise responded to Plaintiff's Complaint, Plaintiff was ordered to file either an apt motion (reflective of case status) or a general case status report as to its claims against Defendant Equifax Information Services, LLC [R. 22]. On December 16, 2021, Plaintiff filed a Notice of Settlement as to its claims against Defendant Equifax Information Services, LLC [R. 23]. The Court having been advised by the Plaintiff that settlement has been reached as to its claims against Defendant Equifax Information Services, LLC, *Id.*,

**IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's claims in this action against Defendant Equifax Information Services, LLC, are **DISMISSED WITHOUT PREJUDICE**.

2.  Plaintiff and Defendant Equifax Information Services, LLC, **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against Defendant Equifax Information Services, LLC, with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this

- 2 -

Order, the Court will entertain a motion to return Defendant Equifax Information Services, LLC, as a pending Defendant in this action upon application to this Court.

This the 17th day of December 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record