# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| ERIC JARRARD,<br>　　　　Plaintiff, | CASE NO. 3:21-cv-00586-CHB-RSE<br>**ELECTRONICALLY FILED** |
| vs. | Judge Claria Horn Boom |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and LVNV FUNDING, LLC;<br>　　　　Defendants. | |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff, Eric Jarrard, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated. Accordingly, unless otherwise directed by the Court, Trans Union does not intend to participate in the February 4, 2022, Rule 16 Conference at 10:00 a.m.

Respectfully submitted,


*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Counsel for Defendant Trans Union, LLC*


/s/*Christopher T. Kurtz*
Christopher T. Kurtz, Esq.
608 Baxter Avenue
Louisville, KY 40204
Phone: (502) 749-3600
Fax: (502) 749-3766
Email: chris@ckurtzlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of February, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Christopher T. Kurtz, Esq. <br> chris@paulconwaylaw.com | Christopher P. Farris, Esq. <br> cpfarris@blfky.com |
| John M. Williams, Esq. <br> williams@wktlaw.com | Joseph N. Tucker, Esq. <br> joseph.tucker@dinsmore.com |
| Sydney O. Burden, Esq. <br> sburden@schuckitlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of February, 2022**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Counsel for Defendant Trans Union, LLC*