UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ERIC JARRARD, | ) |
| Plaintiff, | ) Civil Action No. 3:21-CV-586-CHB |
| v. | ) |
| TRANS UNION, LLC, et al., | ) **ORDER OF DISMISSAL OF DEFENDANT TRANS UNION, LLC, WITHOUT PREJUDICE** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by Plaintiff Eric Jarrard ("Plaintiff") and Defendant Trans Union, LLC, ("Trans Union") that settlement has been reached as to Plaintiff's claims against Trans Union [R. 35],

**IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's claims in this action against Trans Union are **DISMISSED WITHOUT PREJUDICE**.

2.  Plaintiff and Trans Union **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against Trans Union, with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to return Trans Union as a pending Defendant in this action upon application to this Court.

This the 4th day of February 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record