UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ERIC JARRARD, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:21-CV-586-CHB |
| | ) |
| v. | ) |
| | ) **ORDER OF DISMISSAL OF** |
| TRANS UNION, LLC, et al., | ) **DEFENDANT EXPERIAN** |
| | ) **INFORMATION SOLUTIONS, INC.,** |
| Defendants. | ) **WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Eric Jarrard and Defendant Experian Information Solutions, Inc.'s, Agreed Order of Dismissal [R. 36]. Having reviewed the Agreed Order and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Eric Jarrard's claims against Defendant Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

2. All claims having been resolved, *see* [R. 17, R. 25, R. 38], this matter is **DISMISSED** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 7th day of February 2022.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record