UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ERIC JARRARD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:21-CV-586-CHB |
| ) | |
| v. ) | |
| ) | **ORDER DISCHARGING SHOW** |
| TRANS UNION, LLC, et al, ) | **CAUSE ORDERS AND** |
| ) | **ORDER DISMISSING DEFENDANT** |
| Defendants. ) | **EQUIFAX INFORMATION** |
| ) | **SERVICES, LLC, WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Eric Jarrard and Defendant Equifax Information Services, LLC's, Agreed Order of Dismissal of Equifax Information Services, LLC [R. 44]. The Court having reviewed the Agreed Order and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Orders [**R. 40, R. 42**] are hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Eric Jarrard's claims in this matter against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

This the 4th day of April 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record

1